David E. Smith SBN 70723
KERSHAW, CUTTER & RATINOFF, LLC
401 WATT AVE
SACRAMENTO, CA. 95864
(916) 448-9800
9916) 669-4499 FAX

Attorney for Plaintiff
BARRY FARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*Barry L. Farris, v. Pfizer Inc., et al.*<br>(Case No. 07-2356 CRB) | MDL NO. 1699<br>District Judge: **Charles R. Breyer**<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE** |

Come now Plaintiff, BARRY FARRIS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions with prejudice, with each side bearing its own attorneys' fees and costs.

DATED: 12.1, 2009           By: _____
                                David E. Smith
                                Kershaw, Cutter & Ratinoff, LLP
                                401 Watt Ave.
                                Sacramento, CA 95864
                                (916) 448-9800
                                9916) 669-4499 FAX
                                *Attorneys for Plaintiff*

-1-

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE

1
2   DATED: Dec. 14, 2009                By: _____
3
                                        DLA PIPER LLP (US)
4                                       1251 Avenue of the Americas
                                        New York, New York 10020
5                                       Telephone: (212) 335-4500
                                        Facsimile: (212) 335-4501
6
7                                       *Defendants' Liaison Counsel*
8
9
10
11      **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
12   **IT IS SO ORDERED.**
13
14      DATED: DEC 1 6 2009
15                                      _____
                                        Hon. Charles R. Breyer
16                                      United States District Court
17
18
19
20
21
22
23
24
25
26
27
28

-2-

**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF WITH PREJUDICE**